1152

(January 1, 2017 through January 31, 2017)

People v Lee          1st Dept: 143 AD3d 626 (NY)      granted 1/12/17
                                                       (Gesmer, J.)
People v Smart        2d Dept: 142 AD3d 513 (Kings)    granted 1/6/17
                                                       (Chambers, J.)
People v Wiggins      1st Dept: 143 AD3d 451 (NY)      granted 1/3/17
                                                       (Moskowitz, J.)